**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DIRK KANCILIA,**

**Plaintiff,**

**v.**

**COMENITY BANK,**

**Defendants.**

**Civil Action 2:26-cv-781**
**Judge James L. Graham**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Plaintiff's Objections to Report and Recommendation and Request for Leave to Amend Complaint (ECF No. 7). For good cause shown, Plaintiff's motion to amend the Complaint is **GRANTED**.

Plaintiff is **ORDERED** to file his Amended Complaint and supporting exhibits **ON OR BEFORE OCTOBER 30, 2026**. If Plaintiff fails to do so, the Court will proceed to consider the September 15, 2026 Report and Recommendation (ECF No. 6) that recommends dismissal of Plaintiff's original Complaint.

**IT IS SO ORDERED.**

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE